UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

*********************************
IN RE:                           *
                                 *    CHAPTER 7
DMITRIY SHANGIN                  *
                                 *    CASE NO. 23-10141
Debtor                           *
**********************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, BFS Group LLC f//k/a National Lumber Company LLC, by and through its Counsel, Mark E. Barnett, Esquire, hereby enter their appearance in the above-captioned case and requests that Notices of all matters in the case be served upon its attorneys as follows:

Mark E. Barnett, Esquire
General Counsel
71 Maple Street
Mansfield, MA 02048
(508) 339-8020

Request is hereby also made for service of copies of all pleadings, including but not limited to Motions, Orders, and Notice of all hearings or other proceedings, relating to any issue which may be raised in the **above-captioned** case.

Respectfully submitted
BFS Group LLC
By its attorney:

/s/ Mark E. Barnett, Esquire
Mark E. Barnett, Esquire
BBO# 547979
71 Maple Street
Mansfield, MA 02048
(508) 339-8020

Date:  February 7, 2023