UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

*********************************

IN RE:                              *
                                    *       CHAPTER 7
DMITRIY SHANGIN                     *
                                    *       CASE NO. 23-10141
Debtor                              *
***********************************

CERTIFICATE OF SERVICE

    I, Mark E. Barnett, Esquire, hereby certify that on February 7, 2023, I served a copy of the within NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002 by causing to be sent via electronic mail, a copy thereof to the parties as set forth below:

David B. MAdoff                     madoff@mandkllp.com
Attorney for Debtor

John O. Desmond                     trustee@desmond.com
Trustee

John Fitzgerald                     ustpregion01.bo.ecf@usdoj.gov
Assistant US Trustee


    /s/ Mark E. Barnett, Esquire
Mark E. Barnett, Esquire
BBO # 547979
BFS Group LLC
71 Maple Street
Mansfield, MA 02048
(508) 339-8020
mbarnett@national-lumber.com