UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

DMITRIY SHANGIN,
              *Debtor*

Chapter 7
Case No. 23-10141

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that **creditors Garima Dosi and Harihar Sivanandh** by his attorneys listed below, appears in this matter and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the following:

**Peter G. Calabrese, Esq.**
**Calabrese Law Associates, P.C.**
**One Boston Place, Suite 2600**
**Boston, Massachusetts 02108**
**T – 617.340.6623**
**F – 617.203.1795**
Email: **peter.calabrese@calalaw.com**

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the applicable rules, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax, email, or otherwise.

1

Date: February 28, 2023                                        Respectfully Submitted,
                                                               Garima Dosi and Harihar Sivanandh,
                                                               *Creditors*
                                                               By their Attorneys,


                                                               /s/ Peter G. Calabrese.
                                                               Peter G. Calabrese, Esq. (BBO #682715)
                                                               CALABRESE LAW ASSOCIATES, P.C.
                                                               One Boston Place, Suite 2600
                                                               Boston, MA 02108
                                                               T – (617) 340-6623
                                                               F – (617) 203-1795
                                                               peter.calabrese@calalaw.com


[CERTIFICATE OF SERVICE ON NEXT PAGE]

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>February 28, 2023</u>, I served the foregoing Notice of Appearance and Request for Notice, and this Certificate of Service, via electronic mail to the following parties:

| | |
|---|---|
| David B. MAdoff<br>Attorney for Debtor | madoff@mandkllp.com |
| John O. Desmond<br>Trustee | trustee@desmond.com |
| John Fitzgerald<br>Assistant US Trustee | ustpregion01.bo.ecf@usdoj.gov |

        /s/ Peter G. Calabrese
      Peter G. Calabrese, Esq.